# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LOUIS JAMES BROWN, #364717 | § |
| | §  Civil Action No. 4:19-CV-552 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| DANIEL MCDANIEL, ET AL. | § |

## ORDER OF PARTIAL DISMISSAL AND ADMINISTRATIVE CLOSING

The United States Magistrate Judge previously issued a Report and Recommendation concluding that Plaintiff's claims against Daniel McDaniel and Judge Cindi Porte-Gore should be dismissed with prejudice and Plaintiff's claims against Detective Timothy Dowd should be administratively closed during the pendency of the state criminal proceedings. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's claims against Daniel McDaniel are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Plaintiff's claims against Judge Cindi Porter-Gore are **DISMISSED WITH PREJUDICE**.

It is finally **ORDERED** that Plaintiff's claims against Detective Timothy Dowd are **ADMINISTRATIVELY CLOSED**. Plaintiff may ask the Court to place the case as to Detective Dowd back on the active docket if the criminal charges are dismissed or resolved in his favor. Plaintiff is placed on notice that the case will be dismissed if he is convicted or the criminal charges are finally resolved against him. then the case should be dismissed. Plaintiff is also placed on

notice that the case will be dismissed if the Court has not heard from Plaintiff within two years from the entry of this order administratively closing the case.

All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 6th day of February, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE